# Exhibit 1

Dear Judge Robart,

I am sorry i am here before you now. I know its because i have made mistakes, and lacked good judgement. I know in the wrong hands these items are very dangerous to our community. I have always wanted to be a productive member of our community. However i made a bad mistake that affected not only our community but my family. That also caused me to miss the birth of my only duaghter and miss her first steps and first birthday. I now know that i never want to do anything that could harm the community. I have had 18 months to think of my actions and what i can do to make sure nothing like this will ever happen again. I have always been a very proud American and i see my actions have let down my fellow Americans. As a child i was very interested in firearms, when i started collecting my biggest concern was firearm safety and discipline. Firearms became my special interested, i was very interested with how they worked and functioned. It relaxing for me and was able to find peace at a very difficult time in my life. I was 23 and responsible for providing for 3 people, my 2 children and my fiancé while managing

**Exhibit 1, p. 1**

Epilepsy and Autism/ADHD. Epilepsy affected me daily, i only have seizures at night in my sleep so often i would stay awake scared to go to sleep. Then i would be tired in the morning. Autism now knowing i in fact Autistic explains a lot. I hope once released i will start working again to provide for my family. I also will be more active in church and bible study. I will get certified to become a welder as that seems to fit me and my interests. My support will be my family and that is also the single most important thing to me. I want to make my family proud and be a role model for my children. I understand my actions were dangerous and harmful and having that many firearms in a small place with babies was very irresponsible of me to do. Thank you very much for taking time out of your day to read this, i hope this gives you the chance to see me and the things i have gone through, the mistakes I've made, and how i have learned from them and how it has made me a better person and a better American. Thank you very much again, have a great day and God bless.

—André Atwater